# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| LANARD TOYS LIMITED, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 05-0851-CV-W-FJG |
| ) | |
| FAMILY DOLLAR STORES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On February 6, 2006, the Court held a teleconference with the parties to address issues which had arisen regarding a Stipulation the parties signed on October 18, 2005. Counsel for defendants advised the Court that they collected 39 leaf blowers and 43 trimmers and indicated that they are not opposed to providing a portion of these products to plaintiffs, but they would like to retain a sample of the products so that they might conduct their own testing.

Accordingly, it is hereby **ORDERED** that the defendants shall ship to the plaintiffs in Kansas City, Missouri 20 leaf blowers and 22 trimmers for such examination and testing as plaintiffs deem appropriate. Defendants shall also produce whatever information they have regarding each accused item in the respective samples (purchase date, shipment history, location from which it was retrieved, etc.). Defendants shall also certify that each accused item in the samples is in the condition it was in when the retrieval effort commenced or if not, specify what modifications have been made to the items.

Date: February 6, 2006  **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri  Fernando J. Gaitan, Jr.
United States District Judge